# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2016

### NO. 03-15-00672-CV

**James Watters, Appellant**

**v.**

**April Faye Miller, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 15, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.